Case 1:25-mj-00114-GMH    Document 1-1

Case: 1:25-mj-00114
Assigned To: Judge Harvey, G. Michael
Assign. Date: 6/30/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On Saturday, May 10, 2025, at approximately 5:53 PM, officers with the Metropolitan Police Department ("MPD") responded to the vicinity of 214 Jefferson Street NW, in the District of Columbia, for a report of an assault.

There, officers met with C-1, who indicated that Isaiah Pushia-Keith (thereinafter "PUSHIA-KEITH) had assaulted her earlier that day. C-1 reported that she had left her phone at the location of the assault.

At approximately 7:01 PM, C-1 identified PUSHIA-KEITH in a confirmatory photograph identification procedure.

While on scene with MPD detectives, C-1 contacted a friend who was able to track C-1's phone via the Find My Phone application. The application indicated the phone's location was Bruce Monroe Community Park, and tracking continued to the Safeway located at 3830 Georgia Avenue NW.

Officers responded to the Safeway and looked for PUSHIA-KEITH inside of the location.

At approximately 7:57 PM, officers located PUSHIA-KEITH standing in the rear of the Safeway near the entrance to the bathroom. PUSHIA-KEITH was carrying a black cross-body satchel bag over his right shoulder. Additionally, PUSHIA-KEITH was holding two cell phones. PUSHIA-KEITH was detained and provided officers with his name.

At 8:04 PM, PUSHIA-KEITH informed officers that he had three phones on his person. PUSHIA-KEITH further informed officers that one of those phones, a pink phone, belonged to his child's mother. PUSHIA-KEITH said his child's mother had left the phone with him all day. The phone was shown to C-1 who confirmed that the phone belonged to her and was the same one she left at PUSHIA-KEITH's residence earlier that day.

At approximately 8:14 PM, PUSHIA-KEITH was moved to the front of the location, where C-1 positively identified PUSHIA-KEITH for MPD detectives.

Officer Reed Horensky began searching PUSHIA-KEITH, starting with the satchel that was still on PUSHIA-KEITH's person.

As officers began removing the satchel, PUSHIA-KEITH stated in substance, "I'm not going to lie, I got shit in there." Officers asked PUSHIA-KEITH if he had a gun in the bag, and he shook his head in the affirmative. Officers inquired what type of gun, and PUSHIA-KEITH replied that the firearm was a ghost gun. He further stated someone gave the gun to him that day.

Officer Horensky observed the gun inside of the bag, and further observed that the magazine was not fixed in the magazine well of the gun. Officers called for the assistance of a crime scene technician to render the firearm safe.



**Figure 1 - Photograph of the satchel bag containing the firearm and magazine. The magazine was detached from the magazine well and protruding from the bag in this photograph.**

CSU (Crime Scene Unit) 34 arrived on scene to process the firearm and classified the firearm as a nine-millimeter Ghost Gun with no serial number. Additionally, the crime scene technician found the parts for a machine gun conversion device, which could be used to convert the firearm from a semi-automatic to a fully automatic firearm. Additionally, CSU 34 removed a loaded 12 round, high-capacity magazine, containing six live rounds, from said firearm.



*Figure 2 - Photographs of the firearm with the parts of machine gun conversion device, circled in red, removed from inside of the satchel bag*

Closer inspection of the firearm revealed that the firearm was green and black.

PUSHIA-KEITH has been previously convicted of Assault and Batter Against a Household Member Third Offense pursuant to Virginia Code Section 18.2-57.2(B) in the Circuit Court of Alexandria City in Case Number CR23F00160-01. This offense is a Class 6 felony, which carries a term of imprisonment of not less than one year nor more than five years, or in the discretion of the jury or

the court trying the case without a jury, confinement in jail for not more than 12 months and a fine of not more than $2,500, either or both.

Accordingly, PUSHIA-KEITH would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

At the time of the offense, PUSHIA-KEITH was subject to a Protective Order in Alexandria Circuit Court case number CF21000170-00 ordering PUSHIA-KEITH not to commit acts of violence, force, or threat or criminal offenses that may result in injury to C-1.

Your affiant is aware there are no federally licensed ammunition manufacturers in the District of Columbia. Therefore, there is probable cause to believe that the ammunition described above traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Isaiah Pushia-Keith with violation of 18 U.S.C. 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) and D.C. Code § 22-4503(a)(1) (Unlawful Possession of a Firearm).

Respectfully submitted,

_____
Matthew Brown
Special Agent, Badge # 5768
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on June 30, 2025.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE